UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD LEROY LEHMAN,<br>        Plaintiff,<br>   v.<br>MICHAEL MARTEL, et al.,<br>        Defendants. | Case No. 17-cv-03011-VC<br><br>**ORDER DENYING MOTION TO ABATE AND DISMISSING CASE AS MOOT**<br>Re: Dkt. No. 15 |

In light of the petitioner's death, the petition is dismissed as moot. The clerk of the court will close the case.

**IT IS SO ORDERED.**

Dated: March 12, 2018

VINCE CHHABRIA
United States District Judge